# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **ORION REFINING CORPORATION,** | : | **Case No. 03-11483 (MFW)** |
| | : | |
| Debtor. | : | |
| _____ | : | |
| **In re:** | : | |
| | : | **Adversary No.: 04-52447 (MFW)** |
| **FLUOR ENTERPRISES, INC** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **ORION REFINING CORP., CYPRESS, ASSOCIATES, LLC AS ORC DISTRIBUTION TRUST REPRESENTATIVES** | : | |
| | : | |
| Defendant | : | |
| | : | |
| **ORION REFINING CORPORATION** | : | |
| | : | |
| Counter-Claimant, | : | |
| | : | |
| v. | : | |
| | : | |
| **FLUOR ENTERPRISES, INC.,** | : | |
| | : | |
| Counter-Defendant | : | |
| | : | |

## APPELLANT FLUOR ENTERPRISES, INC.'S DESIGNATION
## OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Fluor Enterprises, Inc. ("Fluor" or "Appellant") by and through its undersigned counsel, hereby designates the following items for inclusion in the record and states the issues to be

Document #54780

presented on appeal from the Bankruptcy Court's Order, dated May 9, 2006 and entered by the Court on May 10, 2006 (D.I. 69) and Opinion, dated May 9, 2006 and entered by the Court on May 10, 2006 (D.I. 68).

## I.   Designation of Record on Appeal

Fluor designates the following record items from Adversary Proceeding No. 04-52447 (MFW):

| Date | Docket Nos. | Record Items |
|---|---|---|
| 02/04/2004 | 1 | Complaint by Fluor Enterprises, Inc. against Orion Refining Corporation (with attachments) |
| 02/04/2004 | 3 | Summons and Notice of Pretrial Conference |
| 03/05/2004 | 4 | Answer and Counterclaims of Orion Refining Corporation against Fluor Enterprises, Inc., filed by Orion Refining Corporation |
| 03/08/2004 | 5 | Initial Scheduling Order |
| 03/25/2004 | 6 | Answer of Fluor Enterprises, Inc. to Counterclaims, filed by Fluor Enterprises |
| 04/13/2004 | 9 | Motion for Partial Summary Judgment filed by Orion Refining Corporation (with attachments) |
| 04/13/2004 | 10 | Defendant's Opening Brief in Support of Its Motion for Partial Summary Judgment, filed by Orion Refining Corporation (with attachments) |
| 04/13/2004 | 11 | Affidavit of Richard S. Rayzor filed by Orion Refining Corporation |
| 04/13/2004 | 12 | Affidavit of Eric E. Bluth filed by Orion Refining Corporation |
| 04/22/2004 | 13 | Stipulation Extending Time to Answer Motion For Partial |


| Date | Docket Nos. | Record Items |
|---|---|---|
|  |  | Summary Judgment between Fluor Enterprises, Inc. and Orion Refining Corporation, filed by Fluor Enterprises, Inc. |
| 05/12/2006 | 14 | Notice of Lis Pendens (with attachments), filed by Fluor Enterprises, Inc. |
| 05/14/2004 | 15 | Fluor Enterprises, Inc.'s Motion to Strike the Affidavits of Richard S. Rayzor and Eric E. Bluth in Support of Defendant's Motion for partial Summary Judgment, filed by Fluor Enterprises, Inc. |
| 05/14/2004 | 16 | Fluor Enterprises, Inc.'s Opening Brief In Support of Its Motion to Strike, filed by Fluor Enterprises, Inc. (with attachments) |
| 05/14/2004 | 18 | Fluor's Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. |
| 05/14/2004 | 19 | Memorandum of Law in Support of Fluor Enterprises, Inc.'s Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. (with attachments) |
| 05/14/2004 | 20 | Plaintiff's Answering Brief in Opposition to Defendant's Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. (with attachments) |
| 05/27/2004 | 21 | Amended Brief in Opposition to Defendant's Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. (with attachments) |
| 06/18/2004 | 25 | Defendant's Reply Brief in Support of Its Motion for Partial Summary Judgment and Answering Brief in Response to Plaintiff's Motion for Partial Summary Judgment, filed by Orion Refining Corporation |
| 06/18/2004 | 26 | Affidavit of Steven L. Victor—filed by Orion Refining Corporation (with attachments) |
| 06/18/2004 | 27 | Supplemental Affidavit of Eric E. Bluth – filed by Orion Refining Corporation |

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 06/18/2004 | 28 | Supplemental Affidavit of Richard S. Rayzor, filed by Orion Refining Corporation (with Attachments) |
| 06/18/2004 | 29 | Defendants Response to Fluor Enterprises,Inc.'s Motion to Strike, filed by Orion Refining Corporation (with attachments) |
| 07/20/2004 | 33 | Amended Affidavit of Daniel Stinger in Support of Plaintiff's Amended Answering Brief in opposition to Defendant's Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. |
| 07/20/2004 | 34 | Reply Brief in Support of Its Motion for Summary Judgment, filed by Fluor Enterprises, Inc. (with attachments) |
| 10/18/2004 | 43 | Scheduling Order (Amended and Stipulated) signed on 10/14/2004. |
| 06/15/2005 | 49 | Order Reassigning Adversary Proceedings to the Honorable Mary F. Walrath. |
| 07/28/2005 | 54 | Order (Third Amended Stipulated Scheduling). |
| 10/13/2005 | 57 | Order Approving Stipulation to Reassign Certain Contested Matter and Adversary Proceedings to the Honorable Mary F. Walrath and Granting Related Relief. |
| 03/03/2006 | 62 | Order Approving Fourth Amended Stipulated Scheduling Order |
| 03/09/2006 | 63 | Order Approving Stipulation to Reassign Certain Contested Matter and Adversary Proceedings to the Honorable Mary F. Walrath and Granting Related Relief. |
| 04/06/2006 | 65 | Notice of Agenda of Matters Scheduled of April 10, 2006 Hearing |
| 05/10/2006 | 68 | Opinion Granting Debtor Orion Refining Corp.'s Motion for Partial Summary Judgment and Denying Fluor |

| Date | Docket Nos. | Record Items |
|---|---|---|
| | | Enterprises, Inc.'s Motion for Partial Summary Judgment |
| 05/10/2006 | 69 | Order Granting Debtor Orion Refining Corp.'s Motion for Partial Summary Judgment and Denying Fluor Enterprises, Inc.'s Motion for Partial Summary Judgment |
| 05/19/2006 | 71 | Notice of Appeal (AP-06-39) filed by Fluor Enterprises, Inc. (with attachments) |
| 05/19/2006 | 72 | Receipt of filing fee for Notice of Appeal |

Fluor designates the following record items from the main bankruptcy proceeding, No. 03-11483(MFW):

| Date | Docket Nos. | Record Items |
|---|---|---|
| 05/14/2003 | 13 | Motion to Pay Critical Trade Vendor Claims Debtor's Motion for Authority to Pay Prepetition Obligations of Certain Critical Vendors and Service Providers Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code filed by Orion Refining Corporation |
| 05/14/2003 | 14 | Motion to Pay Critical Trade Vendor Claims Debtor's Motion for Authority to Pay Certain Fixed, Liquidated and Undisputed Prepetition Claims of Fire Vendors, Mechanics and Materialmen filed by Orion Refining Corporation |
| 05/15/2003 | 37 | Order Authorizing the Debtor to Pay Prepetition Obligations of Certain Critical Vendors and Service Providers Pursuant to 11 U.S.C. Sections 105(a) and 363(b) signed in Court on 5/15/2003 |
| 05/15/2003 | 38 | Order Authorizing the Debtor to Pay Certain Fixed, Liquidated and Undisputed prepetition Claims of Fire Vendors and Mechanics and materialmen Pursuant to 11 |

| Date | Docket Nos. | Record Items |
|---|---|---|
| | | U.S.C. Sections 105(a) and 363(b) signed in Court on 5/15/2003 |
| 06/02/2003 | 156 | Response to Debtor's Motion for Authority to Pay Certain Fixed, Liquidated and Undisputed Prepetition Claims of Fire Vendors, Mechanics and Materialmen, filed by Fluor Enterprises, Inc. |
| 06/02/2003 | 157 | Limited Objection to Final Order (I) Authorizing Debtor in Possession to (A) Obtain Postpetition Financing From General Electric Capital Corporation, as Agent, Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(c)(1), 364(c)(2) 364(c)(3) and 364(d)(1), and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363, (II) Granting Liens and Super-Priority Claims, and (III) Granting Adequate Protection to Prepetition Secured Lenders (related document 41) signed in Court, filed by Fluor Enterprises, Inc. |
| 06/05/2003 | 204 | Final Order Authorizing the Debtor to Pay Prepetition Obligations of Certain Critical Vendors and Service Providers -Order Signed in Court on 6/5/2003 |
| 06/05/2003 | 205 | Final Order Authorizing the Debtor to Pay Certain Fixed, Liquidated and Undisputed Prepetition Claims of Fire Vendors, Mechanics and Materialmen -Order Signed in Court on 6/5/2005 |
| 06/06/2003 | 245 | Transcript of Hearing held on May 15, 2003 |
| 06/20/2003 | 300 | Transcript of Hearing held on June 5, 2003 |
| 06/03/04 | 1283 | Motion for Relief from Previously Entered Critical Fire and Trade Vendor Orders, filed by Fluor Enterprises, Inc. (with attachments) |
| 06/03/2004 | 1285 | Motion to Allow Application Of Fluor Enterprises, Inc. To Transfer Adjudication Of Fluor Enterprises, Inc.'s Motion For Relief From Previously Entered Critical Fire And Trade Vendor Orders To The Honorable Mary F. |

| Date | Docket Nos. | Record Items |
|---|---|---|
|  |  | Walrath, filed by Fluor Enterprises, Inc. |
| 06/17/2004 | 1314 | Objection Of Orion Refining Corporation To Application Of Fluor Enterprises, Inc. To Transfer Adjudication Of Fluor Enterprises, Inc.'s Motion For Relief From Previously Entered Critical Fire And Trade Vendor Orders To The Honorable Mary F. Walrath, filed by Orion Refining Corporation |
| 09/24/2004 | 1486 | Transcript of hearing held on September 14, 2004 before the Honorable Charles G. Case, II |

## II.   Statement of Issues

1.   Whether the Bankruptcy Court erred in granting the Motion for Partial Summary Judgment filed by Orion Refining Corporation.

2.   Whether the Bankruptcy Court erred in denying the Motion for Partial Summary Judgment filed by Fluor Enterprises, Inc.

3.   Whether the Bankruptcy Court erred in ruling that Fluor does not have a claim of privilege under the Louisiana Private Works Act.

4.   Whether the Bankruptcy Court erred in ruling that Fluor waived its claim of privilege under the Louisiana Private Works Act pursuant to section 5.6 of the Master Service Agreement ("MSA").

5.   Whether the Bankruptcy Court erred in ruling that section 5.6 of the MSA is enforceable notwithstanding the Debtors' fraudulent activity.

6. Whether the Bankruptcy Court erred in failing to impose a constructive trust for the benefit of Fluor.

    Respectfully submitted,
    Fluor Enterprises, Inc.
    By its attorneys,


    ___/s/Kevin J. Mangan_____
    Francis A. Monaco, Jr. (#2078)
    Kevin J. Mangan (#3810)
    Monzack and Monaco, P.A.
    1201 N. Orange Street, Suite 400
    Wilmington, Delaware 19801
    (302) 656-8162

       and

    Dominic J. Gianna
    John D. Person
    Barry H. Grodsky
    Charles R. Penot Jr.
    Middleberg Riddle & Gianna
    201 St. Charles Ave. 31st Floor
    New Orleans, LA 70170
    (504) 525-7200

Dated: May 30_, 2006