IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ORION REFINING CORPORATION, | : | Case No. 03-11483 (MFW) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Civil Action No. 06-413 (KAJ) |
| FLUOR ENTERPRISES, INC | : | |
| Appellant, | : | |
| v. | : | |
| ORION REFINING CORP., CYPRESS, ASSOCIATES, LLC | : | |
| Appellees | : | |

APPELLANT'S MOTION FOR ORDER DISMISSING
APPEAL WITHOUT PREJUDICE

For reasons stated in the accompanying Memorandum, Appellant Fluor Enterprises, Inc., by and through its undersigned counsel, respectfully moves the Court pursuant to Fed. R. Bankr. P. 8001(c) for entry of an order dismissing this appeal without prejudice.

Dated: August 2, 2006

MONZACK AND MONACO, P.A.

FRANCIS A. MONACO, JR. (#2078)
KEVIN J. MANGAN (#3810)
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

and

KENNEDY COVINGTON LOBDELL
& HICKMAN, L.L.P.
Joseph B. C. Kluttz
John Gardner, Esquire
214 North Tryon Street, 47th Floor
Charlotte, NC 28202

and

Dominic J. Gianna, Esquire
John D. Person, Esquire
Barry H. Grodsky, Esquire
Charles R. Penot, Jr., Esq.
Middleberg, Riddle & Gianna
201 St. Charles Ave., Suite 1300
New Orleans, LA 70170-3100

Attorneys for Fluor Enterprises, Inc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **ORION REFINING CORPORATION,** | : | Case No. 03-11483 (MFW) |
| | : | |
| **Debtor.** | : | |
| | : | |

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| | : | Civil Action No. 06-413 (KAJ) |
| **FLUOR ENTERPRISES, INC** | : | |
| | : | |
| **Appellant,** | : | |
| | : | |
| v. | : | |
| | : | |
| **ORION REFINING CORP., CYPRESS, ASSOCIATES, LLC** | : | |
| | : | |
| **Appellees** | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the attached document was made via hand delivery on August 2, 2006 upon:

William H. Sudell
Gregory W. Werkheiser
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, Delaware 19899


Under penalty of perjury, I declare that the foregoing is true and correct.


August 2, 2006_____          __/s/ Heidi E. Sasso_____
Date                              Heidi E. Sasso

Document #: 56044

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ORION REFINING CORPORATION, | : | Case No. 03-11483 (MFW) |
| Debtor. | : | |
| In re: | : | |
| FLUOR ENTERPRISES, INC | : | Civil Action No. 06-413 (KAJ) |
| Appellant, | : | |
| v. | : | |
| ORION REFINING CORP., CYPRESS, ASSOCIATES, LLC | : | |
| Appellees | : | |

### ORDER DISMISSING APPEAL
### WITHOUT PREJUDICE

This matter was before the Court on the motion by the appellant Fluor Enterprises, Inc. for entry of an order dismissing the captioned appeal without prejudice. From a review and consideration of the pleadings and arguments of counsel, it appears to the Court:

1. This is an appeal from an order of the Bankruptcy Court granting the defendant/appellee's motion for partial summary judgment on two of four counts asserted by the plaintiff/appellant in its complaint in the pending adversary proceeding. Each of the four counts expresses a different theory for recovering the same claim against the

56041

defendant. Because the Bankrupcty Court's order did not resolve all of the issues relating to that claim, it is an interlocutory order.

2. Because proceedings will continue in the Bankruptcy Court on the remaining counts in the adversary proceeding, among other reasons, it would serve no useful purpose for this Court to grant leave for the appeal from the Bankruptcy Court's interlocutory order to go forward in this Court. See 28 U.S.C. 158(a)(3).

3. Dismissal of an appeal from an interlocutory order is, by its very nature, without prejudice.

3. Under Fed. R. Bankr. P. 8001(c)(2), "[a]n appeal may be dismissed on motion of the appellant on terms and conditions fixed by the district court."

It is therefore hereby

ORDERED that the captioned appeal be and the same is hereby dismissed <u>without prejudice.</u>

Dated: _____.       _____
                                United States District Judge

56041