IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ORION REFINING CORPORATION,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 03-11483 (MFW) |
| FLUOR ENTERPRISES, INC.,<br><br>　　　　　　　　　Appellant,<br><br>v.<br><br>ORION REFINING CORPORATION,<br><br>　　　　　　　　　Appellee. | C.A. No. 06-413 (KAJ) |

## ORDER DISMISSING APPEAL WITHOUT PREJUDICE

Fluor Enterprises, Inc. having filed a motion to dismiss its appeal from an Opinion and Order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") dated May 10, 2006, granting partial summary judgment in favor of Orion Refining Corporation;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to the approval of the Court, that the order from which this appeal was taken is interlocutory, and pursuant to Fed.R.Bankr.P. 8001(c)(2), the above-captioned appeal is therefore dismissed without prejudice, including without prejudice to either party's right to seek from the Bankruptcy Court an express direction for the entry of judgment dismissing Counts I and IV of the Complaint and

an express determination that there is no just reason for delay pursuant to Federal Rule of Civil Procedure 54(b) and Bankruptcy Rule of Civil Procedure 7054(a).

| MONZACK and MONACO, P.A. | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| *(signature)* | *(signature)* |
| Francis A. Monaco, Jr. (#2078) | William H. Sudell, Jr. (#463) |
| Kevin J. Mangan (#3810) | Gregory W. Werkheiser (#3553) |
| 1201 Orange Street, Ste. 400 | Thomas W. Briggs, Jr. (#4076) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 656-8162 | P.O. Box 1347 |
| *Attorneys for Appellant Fluor Enterprises, Inc.* | Wilmington, DE 19899 |
| | (302) 658-9200 |
| | *Attorneys for Appellee Cypress Associates, LLC, as ORC Distribution Trust Representative* |

IT IS SO ORDERED, this ____ day of August, 2006.

_____
The Honorable Kent A. Jordan

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **ORION REFINING CORPORATION,** | : | **Case No. 03-11483 (MFW)** |
| | : | |
| **Debtor.** | : | |
| | : | |
| **In re:** | : | |
| | : | **Civil Action No. 06-413 (KAJ)** |
| **FLUOR ENTERPRISES, INC** | : | |
| | : | |
| **Appellant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ORION REFINING CORP., CYPRESS, ASSOCIATES, LLC** | : | |
| | : | |
| **Appellees** | : | |

## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the attached document was made via hand delivery on August 11, 2006 upon:

William H. Sudell
Gregory W. Werkheiser
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, Delaware 19899

Under penalty of perjury, I declare that the foregoing is true and correct.

August 11, 2006_____     __/s/ Heidi E. Sasso_____
Date                          Heidi E. Sasso

Document #: 56044